No. 72–5839.  JOHNSON *v.* BOARD OF PUBLIC INSTRUCTION OF DADE COUNTY, FLORIDA, ET AL.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–758.  UNITED TRANSPORTATION UNION *v.* CHICAGO & NORTH WESTERN RAILWAY Co.; and

No. 72–789.  UNITED TRANSPORTATION UNION *v.* CHICAGO & NORTH WESTERN RAILWAY Co.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari.

No. 72–5773.  MARCELIN *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari because on reading the record and Judge Kaufman's dissent in the Court of Appeals, 462 F. 2d 36, 46, he believes a substantial question is raised whether petitioner had effective assistance of counsel in the trial for murder.  Cf. *Ellis* v. *United States,* 356 U. S. 674, 675.

No. 71–1497.  BECK *v.* CONNECTICUT GENERAL LIFE INSURANCE Co., 409 U. S. 845 and 1093; and

No. 71–6873.  NEELY *v.* FIELD, U. S. DISTRICT JUDGE, ET AL., 409 U. S. 871 and 1050.  Motions for leave to file second petitions for rehearing denied.

No. 72–553.  IN RE SCHWARZ, 409 U. S. 1047.  Motion to dispense with printing petition for rehearing granted.  Petition for rehearing denied.

No. 72–5223.  O'CLAIR *v.* UNITED STATES, 409 U. S. 986.  Motion for leave to file petition for rehearing denied.